FILED

2004 AUG 11 P 4: 15

DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT TANK REMOVAL, INC. : | |
| Plaintiff : | CIVIL ACTION NO: |
| VS. : | 302 CV 2129 (RNC) |
| MYSTIC BULK CARRIERS, INC. AND : | |
| MYSTIC TRANSPORTATION, INC. : | |
| Defendants : | AUGUST 11, 2004 |

## APPEARANCE

The undersigned enters an appearance in this action as the attorney for the Plaintiff, Connecticut Tank Removal, Inc.

Ryan K. McKain (ct22416)
Jacobi & Case, P.C.
300 Bic Drive
Milford, Connecticut  06460
Telephone #:  (203) 874-7110
Fax #:  (203) 874-6469

## CERTIFICATION

This is to certify that on this the 11th day of August, 2004, a copy of the foregoing was mailed, postage prepaid, to the following parties of record:

David Eric "Rick" Ross, Esquire
Ross & Pasquini, LLP
19 Ludlow Road
Suite # 201
Westport, Connecticut 06880

_____
Ryan K. McKain

F:\WPDOCS\JEANPUB\LOU\Connecticut Tank\Mystic Bulk Carriers\Pleadings\appearance - ryan.doc