Exhibit B

## AFFIDAVIT OF JOSEPH A. PALMIERI, JR.

I, **JOSEPH A. PALMIERI, JR.**, hereby depose and say:

1.      I am over the age of eighteen (18) and believe in the obligation of an oath.

2.      I am the President of Connecticut Tank Removal, Inc. ("CTR"), a corporation duly organized under the laws of the State of Connecticut.

3.      I have personal knowledge of the facts stated herein.

4.      This Affidavit is being submitted in support of CTR's request for reconsideration of its claim under the Oil Pollution Act of 1990, Claim number 903071-001.

5.      On or about November 24, 2001, CTR responded to a spill of petroleum on Interstate 95 in Bridgeport, Connecticut.

6.      The spill was a result of an overturned tanker truck.

7.      CTR entered into an agreement with Mystic Bulk Carriers, Inc. through it agent, Action Environmental to clean up the spill.

8.      CTR provided emergency response spill services to remove the petroleum contamination.

9.      After making demand for payment upon Mystic, CTR brought suit in the Superior Court of Connecticut for payment.

10.      The case was subsequently removed to Federal Court by the Defendants Mystic Bulk Carriers, Inc. and Mystic Transportation, Inc. ("Mystic").

11.    After the filing of the lawsuit, CTR hired Hugh Plunkett to perform the duties of Senior Project Manager.

12.    On or about May 8, 2003, Hugh Plunkett filed a claim with the National Pollution Funds Center ("NPFC") for reimbursement pursuant to the Oil Pollution Act of 1990.

13.    At the request of the NPFC, CTR filed a Stipulation of Dismissal with Prejudice in the lawsuit against Mystic.

_____
Joseph A. Palmieri, Jr.

STATE OF CONNECTICUT)
                    )    ss:    Bridgeport
COUNTY OF FAIRFIELD  )

Subscribed and sworn to before me on this the _____ day of July, 2004.

_____
Commissioner of the Superior Court
Notary Public
Commission Expires:

2