Exhibit C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONNECTICUT TANK REMOVAL, INC. : | |
| : | |
| Plaintiff : | CIVIL ACTION NO: |
| : | 302 CV 2129 (RNC) |
| VS. : | |
| : | |
| MYSTIC BULK CARRIERS, INC. AND : | |
| MYSTIC TRANSPORTATION, INC. : | |
| : | |
| Defendants : | AUGUST 6, 2004 |

**AFFIDAVIT OF LOUIS J. BONSANGUE**

I, **LOUIS J. BONSANGUE**, hereby depose and say:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am the attorney of record for the Plaintiff in the above-entitled matter and have personal knowledge of the facts contained herein.

3. This affidavit is made in support of the Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule 60(b).

4. I was retained by the Plaintiff to bring an action in the Superior Court of Connecticut against Mystic Bulk Carriers, Inc. and Mystic Transportation, Inc.

5. The Complaint alleged breach of contract, quantum meruit and unjust enrichment and alleged damages of $296,865.33.

6.  The underlying facts are alleged in the Complaint in this matter.

7.  The claim against the Defendants was for the reimbursement of costs incurred for emergency spill response services on Interstate 95. The Plaintiff contained and remediated a gasoline spill caused when a gasoline tanker truck owned and operated by the Defendants' was involved in an accident. The gasoline spilled over the roadway, into catch basins and into Bridgeport Harbor.

8.  After the case was filed in the Superior Court in the Judicial District of Fairfield at Bridgeport, the Defendants removed the case to Federal Court on or about December 3, 2002.

9.  A Scheduling Order was entered but no discovery was commenced.

10. On or about May 6, 2003, the Plaintiff submitted an application to the National Pollution Fund Center of the United States Coast Guard ("NPFC") for reimbursement of the costs incurred for the clean up of the tank spill.

11. On or about May 16, 2003, an employee of the Plaintiff, Hugh Plunkett, contacted me regarding a telephone call he had with Mr. Patrick Glenn, a Claims Manager of the National Pollution Fund Center.

12. Mr. Plunkett informed me that the NPFC required that a Stipulation of Dismissal with Prejudice be filed in order for the Plaintiff's OPA Claim to move forward.

13. Mr. Plunkett asked if I could call Mr. Glenn and confirm what needed to be filed in order to adjudicate the Plaintiff's OPA Claim.

14. On or about May 16, 2003, I left a voice mail for Patrick Glenn at the NPFC asking him to return my call regarding the Plaintiff's OPA Claim. Attached as Exhibit 1, is a telephone bill confirming that the call was made.

15. On or about May 19, 2003, Patrick Glenn returned my call and confirmed that Connecticut Tank's OPA Claim had been administratively closed. In order for the NPFC to further adjudicate the Plaintiff's OPA Claim, a Stipulation of Dismissal with Prejudice needed to be filed in the above-entitled action. Attached at Exhibit 2 is an invoice from Jacobi & Case describing the telephone call with Patrick Glenn on May 19, 2003.

16. Based on the NPFC's representation, I telephoned counsel for Defendants and stated that the Plaintiff was making an OPA Claim and the case had to be dismissed with prejudice. Following that telephone conversation, I faxed a draft copy of the Stipulation of Dismissal with Prejudice to defense counsel for his review. See Exhibit 3, attached hereto.

17. The Defendants had already requested that Mr. Joseph Palmieri, Jr., (the President of Connecticut Tank Removal, Inc.) prepare an affidavit regarding his dealings

3

with the Defendants' insurance broker. The affidavit was going to be used in a separate lawsuit brought by the Defendants against their insurance brokers and related entities.

18. The Defendants agreed to sign the Stipulation of Dismissal with Prejudice when it received the affidavit from Joseph Palmieri, Jr.

19. On or about July 10, 2003, a Joint Status Report was filed. The parties notified the Court that a Stipulation of Dismissal with Prejudice was going to be filed.

20. Pursuant to Defendants' request, Joseph Palmieri, Jr. executed an affidavit, which was provided to Defendants along with the Stipulation of Dismissal with Prejudice.

21. The Stipulation of Dismissal with Prejudice was executed and filed on or about August 11, 2003.

22. Shortly thereafter, a copy of the Stipulation of Dismissal with Prejudice was provided to the NPFC. Subsequent to NPFC's receipt of the Stipulation of Dismissal with Prejudice Mr. Glenn reopened the Plaintiff's OPA Claim and continued to adjudicate same.

23. Over the next several months, Hugh Plunkett remained in contact with Patrick Glenn regarding information required for the OPA Claim.

24. On or about March 17, 2004 I received a telephone call from Hugh Plunkett stating that the NPFC would not pay the OPA Claim because a Stipulation of Dismissal with Prejudice was filed.

25. On the same date, I called the NPFC and spoke with Patrick Glenn and Donna Hellberg, a Claim Supervisor with the NPFC.

26. During the telephone conversation, they informed me that the NPFC did not want to pay the claim because the Stipulation of Dismissal with Prejudice was filed.

27. I told them that it was Patrick Glenn who told me to file the Stipulation of Dismissal with Prejudice.

28. At that time, Patrick Glenn stated that he was "not a lawyer, and if he told me that, he was in error and he apologized".

29. The NPFC is now requiring that the Stipulation of Dismissal with Prejudice be vacated and be entered as a Stipulation of Dismissal without Prejudice.

30. Shortly after learning of the NPFC's position, a voluntary bankruptcy petition under Chapter 11 was filed in the United States Bankruptcy Court, District of New Jersey by Mystic Tank Lines Corporation. The petition names several other entities associated with the debtor. It is my understanding that the Defendants, Mystic Bulk

Carriers, Inc. and Mystic Transportation, Inc. no longer exist, but were dissolved and/or merged into one or more to the entities listed on the bankruptcy petition.

31. The Plaintiff filed a request for Relief from the Automatic Stay in order to file this Motion for Relief from Judgment. The Order for Relief from Stay was granted by the Court, Raymond T. Lyons, J. on or about July 23, 2004.

32. If the Stipulation of Dismissal with Prejudice is vacated and entered as a Stipulation of Dismissal without Prejudice, the Plaintiff is not seeking to reopen the case, place it back on the docket and prosecute its claim against the Defendants. The sole purpose of this Motion is to allow the Plaintiff to obtain payment from the NPFC pursuant to the Plaintiff's OPA Claim.

33. The Defendants paid no money to the Plaintiff nor did they provide any other consideration in the form of a settlement for the filing of the Stipulation of Dismissal with Prejudice.

34. The Plaintiff did not sign a release of any kind in conjunction with the Stipulation of Dismissal with Prejudice.

35. No settlement agreement was entered into with the Defendants in connection with the Stipulation of Dismissal with Prejudice.

36. The sole purpose of the Stipulation of Dismissal with Prejudice was for the Plaintiff to pursue its OPA Claim with the NPFC.

37. The purpose of this Motion is to allow the Plaintiff to proceed with its OPA Claim with the NPFC.

38. The Plaintiff has no other remedy to receive the $296,865.33 of costs incurred in cleaning up the Defendants' gasoline spill.

_____
Louis J. Bonsangue

STATE OF CONNECTICUT)
                       ) ss: Milford
COUNTY OF NEW HAVEN)

Subscribed and sworn to before me on this the ____ day of August, 2004.

_____
Commissioner of the Superior Court
Notary Public
Commission Expires:

Exhibit 1


SNET

BIll Date: May 29, 2003    L
Account Number: 203 874-7110 403
Telephone Number: 203 874-7110

Questions about your SNET bill? Call 1-800-648-3920

## SNET All Distance®

203 876-4944   SNET All Distance Calls Continued

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | May 15 | 416pm | to Danbury | CT 203 313-9440 | OD | 5 | 50 | .40 |
| 2 | May 15 | 424pm | to Redding | CT 203 938-1060 | OD | 0 | 18 | .02 |
| 3 | May 15 | 443pm | to Danbury | CT 203 313-9440 | OD | 3 | 03 | .21 |
| 4 | May 16 | 905am | to Hartford | CT 860 561-2441 | OD | 2 | 11 | .15 |
| 5 | May 16 | 921am | to Branford | CT 203 483-7490 | OD | 1 | 08 | .08 |
| 6 | May 16 | 935am | to Haddam | CT 860 345-4578 | OD | 1 | 08 | .08 |
| 7 | May 16 | 1007am | to Hartford | CT 860 808-5250 | OD | 3 | 44 | .25 |
| 8 | May 16 | 1012am | to Thomaston | CT 860 283-5826 | OD | 2 | 56 | .20 |
| 9 | May 16 | 1020am | to Haddam | CT 860 345-4578 | OD | 0 | 52 | .06 |
| 10 | May 16 | 1030am | to Manchester | CT 860 643-5976 | OD | 1 | 44 | .12 |
| 11 | May 16 | 1043am | to Manchester | CT 860 644-7078 | OD | 6 | 37 | .45 |
| 12 | May 16 | 1114am | to Old Saybrk | CT 860 399-7215 | OD | 0 | 32 | .04 |
| 13 | May 16 | 1159am | to Hartford | CT 860 521-7004 | OD | 13 | 04 | .89 |
| 14 | May 16 | 1215pm | to Farmington | CT 860 677-9711 | OD | 6 | 31 | .44 |
| 15 | May 16 | 1227pm | to Teaneck | NJ 201 692-0826 | OP | 3 | 17 | .22 |
| 16 | May 16 | 1233pm | to Hartford | CT 860 424-3784 | OD | 0 | 44 | .05 |
| 17 | May 16 | 1250pm | to New York | NY 212 770-1118 | OP | 0 | 51 | .06 |
| 18 | May 16 | 109pm | to Washington | DC 202 493-6838 | OP | 0 | 53 | .06 |
| 19 | May 16 | 214pm | to Danbury | CT 203 241-9442 | OD | 4 | 50 | .33 |
| 20 | May 16 | 245pm | to Stamford | CT 203 251-9330 | OD | 0 | 18 | .02 |
| 21 | May 16 | 331pm | to Hartford | CT 860 275-8228 | OD | 1 | 15 | .08 |
| 22 | May 16 | 335pm | to Hartford | CT 860 424-3245 | OD | 1 | 10 | .08 |
| 23 | May 16 | 346pm | to Hartford | CT 860 275-8339 | OD | 1 | 23 | .09 |
| 24 | May 16 | 348pm | to Hartford | CT 860 523-1699 | OD | 17 | 20 | 1.18 |
| 25 | May 16 | 408pm | to Hartford | CT 860 275-8339 | OD | 17 | 22 | 1.18 |
| 26 | May 16 | 533pm | to Norwalk | CT 203 846-4379 | OE | 0 | 46 | .05 |
| 27 | May 19 | 1009am | to Storrs | CT 860 486-2725 | OD | 3 | 03 | .21 |
| 28 | May 19 | 1044am | to Waltham | MA 781 902-1732 | OP | 0 | 29 | .03 |
| 29 | May 19 | 1101am | to Manhattan | KS 785 776-5551 | OP | 2 | 16 | .15 |
| 30 | May 19 | 1147am | to Queens | NY 917 603-0081 | OP | 2 | 26 | .17 |
| 31 | May 19 | 1209pm | to Hartford | CT 860 240-3873 | OD | 11 | 43 | .80 |
| 32 | May 19 | 1244pm | to Manchester | CT 860 644-7078 | OD | 0 | 43 | .05 |
| 33 | May 19 | 111pm | to Stamford | CT 203 325-9383 | OD | 2 | 05 | .14 |
| 34 | May 19 | 114pm | to Stamford | CT 203 325-9383 | OD | 0 | 54 | .06 |
| 35 | May 19 | 117pm | to Woodbury | CT 203 263-7892 | OD | 2 | 57 | .20 |
| 36 | May 19 | 122pm | to Hartford | CT 860 521-7004 | OD | 0 | 58 | .07 |
| 37 | May 19 | 125pm | to Stamford | CT 203 325-9383 | OD | 0 | 18 | .02 |
| 38 | May 19 | 130pm | to Hartford | CT 860 275-8235 | OD | 1 | 24 | .10 |
| 39 | May 19 | 220pm | to Hartford | CT 860 424-3876 | OD | 0 | 25 | .03 |
| 40 | May 19 | 225pm | to Danbury | CT 203 241-9442 | OD | 0 | 18 | .02 |
| 41 | May 19 | 236pm | to Hartford | CT 860 275-8235 | OD | 4 | 06 | .28 |
| 42 | May 19 | 255pm | to Brooklyn | NY 718 277-3400 | OP | 9 | 55 | .67 |
| 43 | May 19 | 321pm | to Branford | CT 203 483-6791 | OD | 0 | 24 | .03 |
| 44 | May 19 | 513pm | to Norwalk | CT 203 846-4379 | OE | 3 | 04 | .21 |
| 45 | May 20 | 942am | to Haddam | CT 860 345-4578 | OD | 0 | 45 | .05 |
| 46 | May 20 | 950am | to NewBritain | CT 860 827-4356 | OD | 0 | 32 | .04 |
| 47 | May 20 | 1044am | to Hartford | CT 860 424-3876 | OD | 0 | 31 | .04 |
| 48 | May 20 | 1111am | to Danbury | CT 203 241-9442 | OD | 2 | 48 | .19 |
| 49 | May 20 | 1114am | to Haddam | CT 860 345-4578 | OD | 34 | 34 | 2.35 |
| 50 | May 20 | 106pm | to Plainville | CT 860 410-2969 | OD | 0 | 18 | .02 |

Exhibit 2

## Jacobi & Case, P.C.
300 Bic Drive
Milford, CT 06460
Federal Tax ID #06-1345077

(203) 874-7110

Connecticut Tank Removal, Inc.
Joseph Palmieri
118 Burr Court
Bridgeport CT 06605

June 01, 2003

Invoice # 33813

In Reference To: Mystic Bulk Carriers

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Previous balance | | | $4,380.12 |
| | Professional Services | | | |
| 5/5/03 LB | Telephone with Rick Ross regarding preparation of affidavit for opposition to Motion to Dismiss in New York case; Telephone with Ron Goodman, Esq regarding preparation of affidavit for dealings with CSIR | | 0.50 190.00/hr | 95.00 |
| 5/7/03 LB | Receipt and review of Answer and Special Affirmative Defenses of Mystic; Telephone with client regarding preparation of affidavit for New York case against CSIR | | 0.50 190.00/hr | 95.00 |
| 5/16/03 LB | Review Answer as to specific allegations of Complaint; Letter to client regarding Answer and Special Defenses | | 0.50 190.00/hr | 95.00 |
| 5/19/03 LB | Telephone with Patrick Glenn, National Pollution Control Center regarding necessity of stipulation of dismissal with prejudice; Telephone with Hugh Plunkett regarding OPA administrative claim | | 0.50 190.00/hr | 95.00 |
| 5/21/03 LB | Telephone with client regarding dismissal of claim against mystic in order to move forward with OPA claim | | 0.25 190.00/hr | 47.50 |

Connecticut Tank Removal, Inc.                                                                    Page    2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 2.25 | $427.50 |
| 5/19/03 Payment - thank you |  | ($2,132.12) |
| Total payments and adjustments |  | ($2,132.12) |
| Balance due |  | $2,675.50 |

**PAYMENT DUE UPON RECEIPT OF STATEMENT**

**PAYMENTS RECEIVED AFTER THE 25th OF THE MONTH WILL APPEAR ON NEXT MONTH'S BILL**

**VISA, MASTERCARD AND AMEX NOW ACCEPTED FOR PAYMENT OF SERVICES**

Exhibit 3

```
*************************
***   TX REPORT   ***
*************************

TRANSMISSION OK

TX/RX NO              3302
CONNECTION TEL              12032210300
SUBADDRESS
CONNECTION ID
ST. TIME              06/04 13:35
USAGE T               01'51
PGS. SENT             7
RESULT                OK
```

# JACOBI & CASE, P.C.

*ATTORNEYS AT LAW*
300 BIC DRIVE
MILFORD, CONNECTICUT 06460
Phone: (203) 874-7110  Fax: (203) 874-6469

## FACSIMILE COVER SHEET

**Date:** June 4, 2003

**Fax Number:** (203) 221-0300

**No. of Pages transmitted (including this cover sheet)** 7 page(s)

---

**To:** David Eric "Rick" Ross, Esquire

**Firm:** Ross & Pasquini, LLP

**Re:** Connecticut Tank Removal, Inc. vs. Mystic Bulk Carriers, Inc., et al

---

**From:** Louis J. Bonsangue

---

**Message:** Attached please find the Stipulation of Dismissal with Prejudice and the Affidavit of Joseph A. Palmieri, Jr. for your review.

Please call me with any questions you may have regarding same. Thank you.

---

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONNECTICUT TANK REMOVAL, INC. :
:
       Plaintiff           :    CIVIL ACTION NO:
:   302 CV 2129 (RNC)
VS.                               :
:
MYSTIC BULK CARRIERS, INC. AND :
MYSTIC TRANSPORTATION, INC.
:
       Defendants       :    JUNE 4, 2003

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above captioned action be dismissed as to both Defendants, in it entirety, and with prejudice, and with no award of attorney's fees, costs and/or disbursements.

                            THE PLAINTIFF,
                            Connecticut Tank Removal, Inc.
                            By:_____**DRAFT**_____
                              Louis J. Bonsangue (CT14586)
                              Jacobi & Case, P.C.
                              300 Bic Drive
                              Milford, Connecticut 06460
                              Telephone #: (203) 874-7110
                              Its Attorney

THE DEFENDANTS,
Mystic Bulk Carriers, Inc. and
Mystic Transportation, Inc.

By:_____
David Eric "Rick" Ross (CT07510)
Ross & Pasquini, LLP
19 Ludlow Road, Suite 201
Westport, Connecticut  06880
Telephone #: (203) 226-7812
Their Attorney

F:\WPDOCS\JEANPUB\LOU\Connecticut Tank\Mystic Bulk Carriers\Pleadings\stipulationofdismissal.doc

**DRAFT**

### AFFIDAVIT OF JOSEPH A. PALMIERI, JR.

I, Joseph A. Palmieri, Jr., hereby depose and say:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am the President of Connecticut Tank Removal, Inc. ("CTR"), a corporation duly organized under the laws of the State of Connecticut.

3. I have personal knowledge of the facts stated herein.

4. This Affidavit is being submitted for the purposes of opposing the Defendants' Motion to Dismiss in the case of _____.

5. On or about November 26, 2001, a gasoline tanker owned by Mystic Bulk Carriers, Inc. ("Mystic") was involved in an accident whereby the contents of the tanker spilled onto the roadway.

6. At Mystic's request, CTR responded to the gasoline spill at the Exit 27 off-ramp of I-95 South in Bridgeport, Connecticut and performed emergency spill response services for Mystic.

7. An invoice for services rendered to Mystic was mailed to Mystic on or about December 28, 2001.

8. After sending the invoice, I was told that Mystic's insurance agent, CSIR, Inc. ("CSIR") would be handling the claim.

9.  After several calls to CSIR, they told us that they would have a check ready.

10. We sent a courier to New York, NY to pick up the check at CSIR.

11. The courier went to CSIR two (2) times and was told by CSIR that there was no check.

12. On or about June 12, 2002 the courier received a check from CSIR in the amount of $275,600.00. A copy of the check is attached hereto.

13. On June 14, 2002, we received a phone call from our bank stating that a stop payment was issued on the check.

14. When we attempted to find out why the stop payment was placed on the check, we received no response from CSIR.

**DRAFT**

_____
Joseph A. Palmieri, Jr.

STATE OF CONNECTICUT)
         ) ss:
COUNTY OF     )

  Subscribed and sworn to before me on this the _____ day of June, 2003.

                 _____
                 Commissioner of the Superior Court
                 Notary Public
                 Commission Expires:

F:\WPDOCS\JEANPUB\LOU\Connecticut Tank\Mystic Bulk Carriers\Pleadings\palmicricaffidavit.doc