Exhibit D

August 7, 2003

Mrs. Jan Lane
National Pollution Funds Center
4200 Wilson Blvd., Suite 1000
Arlington, VA 22203-1804

Re:   Claim No. 903071-001
      Gasoline Spill in Bridgeport, CT

Dear Mrs. Lane,

Connecticut Tank Removal, Inc. is submitting this document to show that all legal activities have been terminated for the claim against Mystic Bulk Carriers gasoline spill beginning on November 24, 2001. We are requesting that you proceed in adjudicating Claim Number 903071-001. It is currently in your "administratively closed" file.

Enclosed, please find the following information:
- Stipulation of Dismissal With Prejudice

Should you have any questions, please contact me directly at (203) 384-6020.

Sincerely,


Hugh J. Plunkett
Manager