UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT TANK REMOVAL, INC. | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO: |
| | : | 302 CV 2129 (RNC) |
| VS. | : | |
| | : | |
| MYSTIC BULK CARRIERS, INC. AND | : | |
| MYSTIC TRANSPORTATION, INC. | : | |
| | : | |
| Defendants | : | AUGUST 27, 2004 |

### PLAINTIFF'S MOTION TO EXTEND TIME

The Plaintiff, Connecticut Tank Removal, Inc., hereby respectfully requests the Court to extend the time in which to file a Reply Brief until September 10, 2004. Good cause exists for the granting of this Motion as represented below.

On or about August 9, 2004, the Plaintiff filed a Motion for Relief from Judgment Pursuant to Rule 60(b). On or about August 17, 2004, the Defendants' filed a Reply to the Plaintiff's Motion for Relief. Pursuant to Local Rule 7(d), the Plaintiff has ten (10) days in which to file a Reply brief, not counting intermediate Saturdays and Sundays. Assuming that the Defendants' Reply was filed on August 17, 2004, the deadline to file the Reply brief is August 31, 2004.

**ORAL ARGUMENT IS NOT REQUESTED**

Good cause exists for the granting of this Motion, because the parties are attempting to reach an agreement regarding payment of the claim that is at issue in this litigation. The agreement involves participation by the Plaintiff's counsel, Defendants' counsel and the National Pollution Funds Center of the United States Coast Guard, a non-party to this action.

The undersigned has spoken to counsel for the Defendants and he consents to an extension of time for the Plaintiff to file a Reply Brief to September 10, 2004.

This is the first Motion to Extend Time filed by the Plaintiff regarding its Motion for Relief from Judgment.

WHEREFORE, the Plaintiff requests that this Court grant its Motion for Extension of Time until September 10, 2004.

THE PLAINTIFF,
Connecticut Tank Removal, Inc.

By:_____
Louis J. Bonsangue (ct14586)
Ryan K. McKain (ct22416)
Jacobi & Case, P.C.
300 Bic Drive
Milford, Connecticut  06460
Telephone #:  (203) 874-7110
Its Attorney

## **CERTIFICATION**

This is to certify that on this the 27th day of August, 2004, a copy of the foregoing was mailed, postage prepaid, to the following parties of record:

Dimti L. Karapelou, Esquire
Janssen Keenan & Ciardi P.C.
One Commerce Square
2005 Market Street- Suite 2050
Philadelphia, PA  19103

David Eric "Rick" Ross, Esquire
Ross & Pasquini, LLP
19 Ludlow Road
Suite # 201
Westport, Connecticut  06880

                                                      Louis J. Bonsangue

F:\WPDOCS\JEANPUB\LOU\Connecticut Tank\Mystic Bulk Carriers\Pleadings\MotionToExtendtime082604.doc