August 30, 2004. Denied as moot. No opposition has been filed. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT TANK REMOVAL, INC. | : | |
| Plaintiff | : | CIVIL ACTION NO: |
| | : | 302 CV 2129 (RNC) |
| VS. | : | |
| MYSTIC BULK CARRIERS, INC. AND MYSTIC TRANSPORTATION, INC. | : | |
| Defendants | : | AUGUST 27, 2004 |

### PLAINTIFF'S MOTION TO EXTEND TIME

The Plaintiff, Connecticut Tank Removal, Inc., hereby respectfully requests the Court to extend the time in which to file a Reply Brief until September 10, 2004. Good cause exists for the granting of this Motion as represented below.

On or about August 9, 2004, the Plaintiff filed a Motion for Relief from Judgment Pursuant to Rule 60(b). On or about August 17, 2004, the Defendants' filed a Reply to the Plaintiff's Motion for Relief. Pursuant to Local Rule 7(d), the Plaintiff has ten (10) days in which to file a Reply brief, not counting intermediate Saturdays and Sundays. Assuming that the Defendants' Reply was filed on August 17, 2004, the deadline to file the Reply brief is August 31, 2004.

**ORAL ARGUMENT IS NOT REQUESTED**