UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT TANK REMOVAL, INC. | |
| Plaintiff, | FILED |
| V. | 2004 OCT 21 A 9:59 |
| MYSTIC BULK CARRIERS, INC. and MYSTIC TRANSPORTATION, INC. | CASE NO. 3:02cv2129 (RNC) |
| Defendant. | |

ORDER AND RULING

Plaintiff requests relief from judgment pursuant to Fed. R. Civ. P. 60(b)(1) or 60(b)(6). Specifically, plaintiff asks this Court to vacate the Stipulation of Dismissal with Prejudice signed by the Clerk on August 11, 2003, and enter a Stipulation of Dismissal without Prejudice. Defendants have not objected to plaintiff's request, and there is no evidence in the record to suggest that defendants would be prejudiced if this Court were to grant plaintiff's request. According, plaintiff's motion for relief (docket #16) is granted. The August 11, 2003 Order dismissing this case with prejudice is vacated, and an Order dismissing this case without prejudice is entered.

So ordered.

Dated at Hartford, Connecticut this 20 day of October, 2004.

Robert N. Chatigny
United States District Judge

1