# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CONNECTICUT TANK REMOVAL, INC. :
                                                    :
                        Plaintiff          :          CIVIL ACTION NO:
                                                    :          302 CV 2129 (RNC)
VS.                                            :
                                                    :
MYSTIC BULK CARRIERS, INC. AND     :
MYSTIC TRANSPORTATION, INC.        :
                                                    :
                        Defendants      :          SEPTEMBER 10, 2004

## JOINT MOTION TO ENTER
## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The undersigned parties respectfully request that this Court vacate the Stipulation

of Dismissal **with** Prejudice that was entered on August 11, 2003 and enter into the

Stipulation of Dismissal **without** Prejudice which is attached hereto.  With respect to the

entry of a Stipulation of Dismissal **without** Prejudice, the parties agree as follows:

　　　　1.　　　Plaintiff originally filed this action against Mystic Bulk Carriers, Inc. and

Mystic Transportation, Inc. to pursue damages arising from an oil spill allegedly caused

by defendants.

　　　　2.　　　After this action was filed, Plaintiff filed for a claim with the National

Pollution Funds Center of the United States Coast Guard (the "NPFC") pursuant to the

Oil Pollution Act of 1990 ("OPA Claim").

3.      The NPFC advised Plaintiff that Plaintiff could only pursue its claim against NPFC under the OPA if Plaintiff dismissed the within action against defendants.

4.      Accordingly, Plaintiff and defendants agreed to voluntarily dismiss the action **with** prejudice and this Court entered an order approving this agreement.

5.      Subsequently, Plaintiff submitted a claim to the NPFC, which was denied. The NPFC advised Plaintiff that it could not pay the claim, because this action was dismissed with prejudice, which would prohibit the NPFC from pursuing its statutory rights to seek indemnification from defendants.

6.      In May, 2004, Mystic Bulk Carriers, Inc. and Mystic Transportation, Inc. merged with Mystic Tanks Lines Corp.

7.      On June 1, 2004,  Mystic Tank Lines Corp. filed a voluntary bankruptcy proceeding under chapter 11 of Title 11 of the United States Code as a debtor in possession in the United States Bankruptcy Court, District of New Jersey, case no. 04-28333 (the "Bankruptcy").

8.      The Plaintiff is listed as an unsecured creditor in the Bankruptcy.

9.      The Plaintiff acknowledges that the automatic stay imposed by the Bankruptcy prohibits Plaintiff from taking any action directly against Defendant to enforce its claims.

10.     Plaintiff now wishes to correct the record to reflect that the Stipulation of Dismissal With Prejudice, should actually be without prejudice, and which would

therefore allow Plaintiff to pursue its OPA claim against NPFC.  Defendant agrees to

such relief.

11.    Plaintiff also agrees that upon payment of its OPA Claim, the Plaintiff will

assign all of its rights to recover against the Defendants to the NPFC and withdraw as a

creditor in the bankruptcy proceeding.

12.    By entering into the attached Stipulation, neither party hereto waives any

rights, claims, defenses, counterclaims or set-offs it may have with respect to the OPA

Claim.


WHEREFORE, the undersigned parties respectfully request that this Court,

vacate the Stipulation of Dismissal **with** Prejudice entered on August 11, 2003 and enter

the attached Stipulation of Dismissal **without** Prejudice.

<div style="margin-left: 40%;">

THE PLAINTIFF,
Connecticut Tank Removal, Inc.

By: _____
     Louis J. Bonsangue (ct14586)
     Ryan K. McKain (ct22416)
     Jacobi & Case, P.C.
     300 Bic Drive
     Milford, Connecticut  06460
     Telephone #:  (203) 874-7110
     Its Attorney

</div>

THE DEFENDANT
Mystic Tank Lines, Corp. , successor to
Mystic Bulk Carriers, Inc. and
Mystic Transportation, Inc.


BY: _____
      Dimti L. Karapelou, Esquire
      Janssen Keenan & Ciardi P.C.
      One Commerce Square
      2005 Market Street- Suite 2050
      Philadelphia, PA  19103
      Telephone # (215) 665-8888
      Its Attorney

F:\WPDOCS\JEANPUB\LOU\Connecticut Tank\Mystic Bulk Carriers\Pleadings\StipulationtoVacateDismissal.doc

## CERTIFICATION

This is to certify that on this the 20th day of October, 2004, a copy of the

foregoing was mailed, postage prepaid, to the following parties of record:

Dimitri L. Karapelou, Esquire
Janssen Keenan & Ciardi P.C.
One Commerce Square
2005 Market Street- Suite 2050
Philadelphia, Pennsylvania 19103; and

David Eric "Rick" Ross, Esquire
Ross & Pasquini, LLP
19 Ludlow Road
Suite # 201
Westport, Connecticut 06880

Louis J. Bonsangue