UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONNECTICUT TANK REMOVAL, INC. :

             Plaintiff        :    CIVIL ACTION NO:
                                    :    302 CV 2129 (RNC)
VS.

MYSTIC BULK CARRIERS, INC. AND
MYSTIC TRANSPORTATION, INC.

             Defendants    :    SEPTEMBER 30, 2004

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above captioned action be dismissed as to both Defendants, without prejudice, and with no award of attorney's fees, costs and/or disbursements.

                                              THE PLAINTIFF,
                                              Connecticut Tank Removal, Inc.

                                              By:_____
                                                 Louis J. Bonsangue (CT14586)
                                                 Jacobi & Case, P.C.
                                                 300 Bic Drive
                                                 Milford, Connecticut 06460
                                                 Telephone #: (203) 874-7110
                                                 Its Attorney

THE DEFENDANT,
Mystic Tank Lines Corp., successor to
Mystic Bulk Carriers, Inc. and
Mystic Transportation, Inc.

By: _____
    Dimitri L. Karapelou, Esquire
    Janssen Keenan & Ciardi P.C.
    One Commerce Square
    2005 Market Street- Suite 2050
    Philadelphia, PA 19103
    Telephone # (215) 665-8888
    Its Attorney

F:\WPDOCS\JEANPUB\LOU\Connecticut Tank\Mystic Bulk Carriers\Pleadings\stipulationofdismissalwithoutprejudice.doc