# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

CONNECTICUT TANK REMOVAL, INC. :
                                :
            Plaintiff           :        CIVIL ACTION NO:
                                :        302 CV 2129 (RNC)
VS.                             :
                                :
MYSTIC BULK CARRIERS, INC. AND  :
MYSTIC TRANSPORTATION, INC.     :
                                :
            Defendants          :        SEPTEMBER 10, 2004

## JOINT MOTION TO ENTER
## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The undersigned parties respectfully request that this Court vacate the Stipulation

of Dismissal **with** Prejudice that was entered on August 11, 2003 and enter into the

Stipulation of Dismissal **without** Prejudice which is attached hereto.  With respect to the

entry of a Stipulation of Dismissal **without** Prejudice, the parties agree as follows:

1.    Plaintiff originally filed this action against Mystic Bulk Carriers, Inc. and

Mystic Transportation, Inc. to pursue damages arising from an oil spill allegedly caused

by defendants.

October 25, 2004. <u>Connecticut Tank Removal, Inc. v. Mystic Bulk Carriers,
                   Inc. et al.</u>
                   3:02cv2129 (RNC)

Re: Joint Motion to Enter Stipulation of Dismissal without Prejudice (Doc. #
20)

Denied as moot.  So ordered.

                                                    Robert N. Chatigny, U.S.D.J.

02CV2129 END 20